1 BRIAN LEE JOHNSRUD, State Bar No. 184474
SCOTT P. PEARTREE, State Bar No. 240197
2 MICHELLE A. GRIFFITH-JONES, State Bar No. 259914
MORGAN, LEWIS & BOCKIUS LLP
3 2 Palo Alto Square
3000 El Camino Real, Suite 700
4 Palo Alto, CA 94306-2122
Tel: 650.843.4000
5 Fax: 650.843.4001
E-mail: bjohnsrud@morganlewis.com
6
Attorneys for Defendant
7 BLOCKBUSTER INC.

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10

11 MELISSA S. CURRIE-WHITE,     Case No. CV 09 2593
individually and on behalf of all others
12 similarly situated,     **NOTICE OF RELATED CASES**

13             Plaintiff,

14      vs.

15 BLOCKBUSTER, INC.; and DOES 1
through 50, inclusive,
16
           Defendants.
17

18 TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF CALIFORNIA, AND TO PLAINTIFF:
19

20     PLEASE TAKE NOTICE that pursuant to Local Rule 3-12, Defendant Blockbuster Inc.

21 hereby submits that it is not aware of any previously filed or pending related cases in the Federal

22 Courts.

23 Dated: June 11, 2009          MORGAN, LEWIS & BOCKIUS LLP

24

25                                  By _____
                                      Brian Lee Johnsrud
26                                       Attorneys for Defendant
                                      BLOCKBUSTER INC.
27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21129002.1                  1                              NOTICE OF RELATED CASES
                                                                      (CASE NO. _____)