United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MELISSA S. CURRIE-WHITE, individually and on behalf of all others similarly situated,

Plaintiff,

v.

BLOCKBUSTER, INC.,

Defendant.
                                                              /

No. C-09-2593 MMC

**ORDER VACATING JULY 31, 2009 HEARING**

    Before the Court is defendant's motion to dismiss, filed June 18, 2009. Plaintiff has filed opposition, to which defendant has replied.[1] Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for decision thereon and hereby VACATES the hearing scheduled for July 31, 2009.

    **IT IS SO ORDERED.**

Dated: July 29, 2009

_____
MAXINE M. CHESNEY
United States District Judge

---

[1] Additionally, on July 27, 2009, plaintiff filed a "Statement of Recent Decision."