| | |
|---|---|
| 1 | DARYL S. LANDY, State Bar No. 136288 |
| | LINDSEY K. SCHROEDER, State Bar No. 245425 |
| 2 | MORGAN, LEWIS & BOCKIUS LLP |
| | 2 Palo Alto Square |
| 3 | 3000 El Camino Real, Suite 700 |
| | Palo Alto, CA 94306-2122 |
| 4 | Telephone: 650.843.4000 |
| | Facsimile: 650.843.4001 |
| 5 | Email: dlandy@morganlewis.com, |
| |       lschroeder@morganlewis.com |
| 6 | |
| | MICHELLE A. GRIFFITH-JONES, State Bar No. 259914 |
| 7 | MORGAN, LEWIS & BOCKIUS LLP |
| | 5 Park Plaza, Suite 1750 |
| 8 | Irvine, CA 92614 |
| | Telephone: 949.399.7000 |
| 9 | Facsimile: 949.399.7001 |
| | Email: mgriffithjones@morganlewis.com |
| 10 | |
| | Attorneys for Defendant BLOCKBUSTER INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MELISSA S. CURRIE-WHITE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>BLOCKBUSTER, INC.; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 3:09-CV-02593 MMC<br><br>**NOTICE OF CHANGE IN COUNSEL AND NOTICE OF APPEARANCE**<br><br>Honorable Maxine M. Chesney |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21440572.1

NTC. OF CHANGE IN COUNSEL AND NTC. OF APPEARANCE
CASE NO.: 3:09-CV-02593 MMC

PLEASE TAKE NOTICE that Brian Johnsrud and Scott Peartree are no longer associated with Defendant Blockbuster Inc.'s ("Defendant") counsel in the above-captioned matter. Defendant requests that Mr. Johnsrud and Mr. Peartree be removed from the service list, including the list for service via CM/ECF, for this matter. Mr. Johnsrud's and Mr. Peartree's email addresses, respectively, are as follows:

bjohnsrud@curlleymullen.com

speartree@morganlewis.com.

PLEASE TAKE FURTHER NOTICE that the undersigned, Daryl S. Landy, hereby appears as lead counsel for Defendant in the above-captioned matter and requests that copies of all papers to be served herein be served upon the undersigned at the address stated above. For purposes of service via CM/ECF, the undersigned's email address is as follows:

dlandy@morganlewis.com.

Dated: December 1, 2009

MORGAN, LEWIS & BOCKIUS LLP

By _____
Daryl S. Landy
Attorneys for Defendant
BLOCKBUSTER INC.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21440572.1

1

NTC. OF CHANGE IN COUNSEL AND NTC. OF APPEARANCE
CASE NO.: 3:09-CV-02593 MMC