DARYL LANDY, State Bar No. 136288
LINDSEY K. SCHROEDER, State Bar No. 245425
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700, Palo Alto, CA 94306-2122
Telephone: 650.843.4000 / Facsimile: 650.843.4001
Email: dlandy@morganlewis.com, lschroeder@morganlewis.com,

MICHELLE A. GRIFFITH-JONES, State Bar No. 259914
MORGAN, LEWIS & BOCKIUS LLP
5 Park Plaza, Suite 1750, Irvine, CA 92614
Telephone: 949.399.7000 / Facsimile: 949.399.7001
Email: mgriffithjones@morganlewis.com

Attorneys for Defendant BLOCKBUSTER INC.

KEVIN J. McINERNEY, State Bar No. 46941
KELLY MCINERNEY, State Bar No. 200017
CHARLES A. JONES, State Bar No. 224915
McINERNEY & JONES
18124 Wedge Parkway #503, Reno, NV 89511
Telephone: 775.849.3811 / Facsimile: 775.849.3866
Email: kevin@mcinerneylaw.net, kelly@mcinerneylaw.net, caj@mcinerneylaw.net

JAMES F. CLAPP, State Bar No. 145814
MARITA MURPHY LAUINGER, State Bar No. 199242
DOSTART CLAPP GORDAN & COVENEY, LLP
4370 La Jolla Village Drive, Suite 970, San Diego, CA 92122
Telephone: 858.623.4200 / Facsimile: 858.623.4299
Email: clapp@sdlaw.com, mlauinger@sdlaw.com, zdostart@sdlaw.com

MATTHEW RIGHETTI, State Bar No. 121012
RIGHETTI LAW FIRM, P.C.
456 Montgomery Street, Suite 1400, San Francisco, CA 94101
Telephone: 415.983.0900 / Facsimile: 415.397.9005
Email: matt@righettilaw.com

Attorneys for Plaintiff MELISSA S. CURRIE-WHITE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MELISSA S. CURRIE-WHITE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BLOCKBUSTER INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:09-CV-02593 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING ADR DEADLINE** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21479885.1

STIPULATION AND [PROPOSED] ORDER
MODIFYING ADR DEADLINE
(CASE NO. 3:09-CV-02593 MMC)

Plaintiff Melissa Currie-White ("Plaintiff") and Defendant Blockbuster Inc. ("Blockbuster"), the parties to the above-entitled action (collectively referred to herein as the "Parties"), submit this Stipulation to the Court:

### STIPULATION

WHEREAS, on October 8, 2009, the Court issued an Order Selecting ADR Process in the above-entitled action ("Order");

WHEREAS, the Court's Order approved the stipulation between the Parties to participate in an Early Neutral Evaluation;

WHEREAS, according to the Court's Order, the deadline for the Parties to hold an Early Neutral Evaluation is 90 days from the date of the order, or January 6, 2010;

WHEREAS, the Parties and the assigned Evaluator initially set the Early Neutral Evaluation for January 4, 2010;

WHEREAS, the Parties are currently in the process of engaging in initial written discovery and depositions;

WHEREAS, the Parties will not have sufficient time to complete initial written discovery and depositions before the currently scheduled deadline to participate in an Early Neutral Evaluation, set for January 6, 2010;

WHEREAS, on December 18, 2009, the Parties participated in a pre-Evaluation telephone conference with the assigned Evaluator, during which the Parties and the Evaluator agreed that it would be beneficial for settlement purposes if the Parties completed additional discovery prior to participating in an Early Neutral Evaluation;

WHEREAS, the Parties have not previously requested any extensions of the deadlines set forth in the Court's Order; and

WHEREAS, for good cause and to promote settlement and avoid prejudice that would result to both Parties if the deadline to participate in an Early Neutral Evaluation is not revised, the Parties jointly request an extension of the deadline to participate in an Early Neutral Evaluation set forth in the Court's Order;

NOW, THEREFORE, Plaintiff and Blockbuster, through their undersigned respective

counsel, stipulate and request that the Court approve the following revised deadline:

  2/5/2010  Last day for Parties to participate in an Early Neutral Evaluation

  To avoid prejudice to both Parties, GOOD CAUSE exists to modify the deadline in this action as described herein.

Dated: December 22, 2009       McINERNEY & JONES

                By _____
                  Kevin J. McInerney
                  Attorneys for Defendant
                  MELISSA S. CURRIE-WHITE

Dated: December , 2009       MORGAN, LEWIS & BOCKIUS LLP

                By _____
                  Daryl Landy
                  Attorneys for Defendant
                  BLOCKBUSTER INC.

## ORDER

In light of the foregoing STIPULATION of the Parties and good cause appearing, the Court ORDERS the following revised deadline in this case:

  2/5/2010  Last day for Parties to participate in an Early Neutral Evaluation

  To avoid prejudice to both Parties, GOOD CAUSE exists to modify the deadline in this action as described herein.

Dated: _____    _____
                  Hon. Maxine M. Chesney
                  United States District Court Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21479885.1      2      STIPULATION AND [PROPOSED] ORDER
                  MODIFYING ADR DEADLINE
                  (CASE NO. 3:09-CV-02593 MMC)

counsel, stipulate and request that the Court approve the following revised deadline:

    2/5/2010    Last day for Parties to participate in an Early Neutral Evaluation

To avoid prejudice to both Parties, GOOD CAUSE exists to modify the deadline in this action as described herein.

Dated: December   , 2009        McINERNEY & JONES

By _____
Kevin J. McInerney
Attorneys for Defendant
MELISSA S. CURRIE-WHITE

Dated: December 22, 2009        MORGAN, LEWIS & BOCKIUS LLP

By _____
Daryl Landy
Attorneys for Defendant
BLOCKBUSTER INC.

## ORDER

In light of the foregoing STIPULATION of the Parties and good cause appearing, the Court ORDERS the following revised deadline in this case:

    2/5/2010    Last day for Parties to participate in an Early Neutral Evaluation

To avoid prejudice to both Parties, GOOD CAUSE exists to modify the deadline in this action as described herein.

Dated: December 23, 2009        _____
Hon. Maxine M. Chesney
United States District Court Judge