UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA S CURRIE WHITE,<br><br>        Plaintiff,<br><br>  v.<br><br>BLOCKBUSTER et al,<br><br>        Defendant.<br>_____/ | Case Number: CV09-02593 MMC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 25, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Roderick P. Bushnell
Bushnell Caplan Fielding & Maier LLP
900 Kearny Street, Suite 299
San Francisco, CA 94133-5124

Dated: January 25, 2010

                                            Richard W. Wieking, Clerk

                                            By: Lili M. Harrell, Deputy Clerk