UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| CURRIE-WHITE,<br>    Plaintiff, | No. C 09-2593 MMC |
| v. | **ORDER APPROVING REQUEST FOR DEFENDANT'S CORPORATE REPRESENTATIVE TO ATTEND ENE BY PHONE** |
| BLOCKBUSTER, INC.,<br>    Defendant.<br>_____/ | |
| | Date:     February 4, 2010<br>Mediator: Roderick Bushnell |

    IT IS HEREBY ORDERED that defendant's corporate representative, Nathan Fay, is excused from personal attendance at the February 4, 2010, Early Neutral Evaluation before Roderick Bushnell. Mr. Fay shall be available to participate by telephone at all times during the ENE, pursuant to ADR Local Rule 6-10.

    IT IS SO ORDERED.

January 22, 2010          By: _____
Dated                                          Elizabeth D. Laporte
                                                        United States Magistrate Judge