UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

CURRIE-WHITE,
        Plaintiff,

v.

BLOCKBUSTER, INC.,
        Defendant.

No. C 09-2593 MMC

**ORDER APPROVING REQUEST FOR DEFENDANT'S CORPORATE REPRESENTATIVE TO ATTEND ENE BY PHONE**

Date:    February 4, 2010
Mediator:  Roderick Bushnell

    IT IS HEREBY ORDERED that defendant's corporate representative, Nathan Fay, is excused from personal attendance at the February 4, 2010, Early Neutral Evaluation before Roderick Bushnell. Mr. Fay shall be available to participate by telephone at all times during the ENE, pursuant to ADR Local Rule 6-10.

    IT IS SO ORDERED.

January 22, 2010
Dated

By: *Elizabeth D. Laporte*
Elizabeth D. Laporte
United States Magistrate Judge