UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| CURRIE-WHITE,<br>          Plaintiff, | No. C 09-2593 MMC |
| v. | **ORDER APPROVING REQUEST FOR PLAINTIFF TO ATTEND ENE BY PHONE** |
| BLOCKBUSTER, INC.,<br>          Defendant.<br>_____/ | |
| | Date:    February 4, 2010<br>Mediator:  Roderick Bushnell |

IT IS HEREBY ORDERED that plaintiff Melissa Currie-White, is excused from personally attending the February 4, 2010, Early Neutral Evaluation before Roderick Bushnell. Ms. Currie-White shall be available to participate by telephone at all times during the ENE, pursuant to ADR Local Rule 6-10.

IT IS SO ORDERED.

Feb. 1, 2010          By:    *Elizabeth D. Laporte*

Dated                                     Elizabeth D. Laporte<br>                                                    United States Magistrate Judge