UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

CURRIE-WHITE,
        Plaintiff,

No. C 09-2593 MMC

v.

**ORDER APPROVING REQUEST FOR PLAINTIFF TO ATTEND ENE BY PHONE**

BLOCKBUSTER, INC.,
        Defendant.
_____/

Date:    February 4, 2010
Mediator:  Roderick Bushnell

IT IS HEREBY ORDERED that plaintiff Melissa Currie-White, is excused from personally attending the February 4, 2010, Early Neutral Evaluation before Roderick Bushnell. Ms. Currie-White shall be available to participate by telephone at all times during the ENE, pursuant to ADR Local Rule 6-10.

IT IS SO ORDERED.

Feb. 1, 2010                By:    *Elizabeth D. Laporte*
Dated                                       Elizabeth D. Laporte
                                           United States Magistrate Judge