DARYL LANDY, State Bar No. 136288
LINDSEY K. SCHROEDER, State Bar No. 245425
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700, Palo Alto, CA 94306-2122
Telephone: 650.843.4000 / Facsimile: 650.843.4001
Email: dlandy@morganlewis.com, lschroeder@morganlewis.com,

MICHELLE A. GRIFFITH-JONES, State Bar No. 259914
MORGAN, LEWIS & BOCKIUS LLP
5 Park Plaza, Suite 1750, Irvine, CA 92614
Telephone: 949.399.7000 / Facsimile: 949.399.7001
Email: mgriffithjones@morganlewis.com

Attorneys for Defendant BLOCKBUSTER INC.

KEVIN J. McINERNEY, State Bar No. 46941
KELLY McINERNEY, State Bar No. 200017
CHARLES A. JONES, State Bar No. 224915
McINERNEY & JONES
18124 Wedge Parkway #503, Reno, NV 89511
Telephone: 775.849.3811 / Facsimile: 775.849.3866
Email: kevin@mcinerneylaw.net, kelly@mcinerneylaw.net, caj@mcinerneylaw.net

JAMES F. CLAPP, State Bar No. 145814
MARITA MURPHY LAUINGER, State Bar No. 199242
DOSTART CLAPP GORDAN & COVENEY, LLP
4370 La Jolla Village Drive, Suite 970, San Diego, CA 92122
Telephone: 858.623.4200 / Facsimile: 858.623.4299
Email: clapp@sdlaw.com, mlauinger@sdlaw.com, zdostart@sdlaw.com

MATTHEW RIGHETTI, State Bar No. 121012
RIGHETTI LAW FIRM, P.C.
456 Montgomery Street, Suite 1400, San Francisco, CA 94101
Telephone: 415.983.0900 / Facsimile: 415.397.9005
Email: matt@righettilaw.com

Attorneys for Plaintiff MELISSA S. CURRIE-WHITE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MELISSA S. CURRIE-WHITE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BLOCKBUSTER INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:09-CV-02593 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING PRETRIAL PREPARATION ORDER DATES** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21688361.2

STIPULATION AND [PROPOSED] ORDER FURTHER
EXTENDING PRETRIAL PREPARATION ORDER DATES
(CASE NO. 3:09-CV-02593 MMC)

Plaintiff Melissa Currie-White ("Plaintiff") and Defendant Blockbuster Inc. ("Blockbuster"), the parties to the above-entitled action (collectively referred to herein as the "Parties"), submit this Stipulation to the Court:

### STIPULATION

WHEREAS, on February 12, 2010, the Court issued an Order Extending Pretrial Preparation Order Dates (the "Order Extending Dates") upon good cause shown.

WHEREAS, a discovery dispute arose regarding Plaintiff's request for contact information of putative class members arose in this action. On February 16, 2010, the Parties submitted a joint letter brief to Magistrate Maria-Elena James, requesting an order resolving this matter. On April 15, 2010, Magistrate James issued a ruling ordering the disclosure of contact information of certain putative class members from the two stores in which Plaintiff has worked and from ten additional stores of Plaintiff's choosing.

WHEREAS, Defendant has compiled a list of stores and provided it to Plaintiff from which Plaintiff can select the ten additional stores.

WHEREAS, after Plaintiff selects ten stores from the list, Defendant will need additional time to compile and provide to Plaintiff the contact information of certain putative class members from those stores.

WHEREAS, after receiving the contact information, Plaintiff anticipates requiring additional time to contact certain putative class members.

WHEREAS, Plaintiff anticipates the potential need to amend its pleading after receiving the contact information.

WHEREAS, per the Order Extending Dates, the deadline to amend the pleadings currently is set for May 14, 2010.

WHEREAS, per the Order Extending Dates, Plaintiff's deadline to file a Motion for Class Certification currently is set for May 21, 2010 and the hearing on such motion currently is set for September 10, 2010.

WHEREAS, the Parties anticipate the potential need to conduct additional non-expert discovery after receiving a ruling on Plaintiff's anticipated Motion for Class Certification.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21688361.2         1         STIPULATION AND [PROPOSED] ORDER FURTHER
EXTENDING PRETRIAL PREPARATION ORDER DATES
(CASE NO. 3:09-CV-02593 MMC)

WHEREAS, per the Order Extending Dates, the Non-Expert Discovery Cut-Off currently is scheduled for October 29, 2010.

WHEREAS, in light of the above factors, the Parties have agreed to seek to extend the deadlines related to Plaintiff's anticipated Motion for Class Certification, the deadline to amend the pleadings, and Non-Expert Discovery Cut-Off by five weeks.

NOW, THEREFORE the Parties, through their undersigned respective counsel, stipulate and request that the Court revise the following deadlines in the Order Extending Dates as set forth below:

| | | | CURRENT DATE | NEW DATE |
|---|---|---|---|---|
| 1. | | Deadline to Amend Pleadings | 5/14/10 | 6/18/10 |
| 2. | | Class Certification Filing Deadline: | 5/21/10 | 6/25/10 |
| | A. | Defendant's Opposition to Class Certification Motion: | 7/20/10 | 8/24/10 |
| | B. | Plaintiff's Reply in Support of Class Certification Motion: | 8/19/10 | 9/23/10 |
| | C. | Hearing on Class Certification Motion: | 9/10/10 | 10/15/10 |
| 3. | | Non-Expert Discovery Cut-Off: | 10/29/10 | 12/3/10 |

To avoid prejudice to the Parties and to facilitate case management, GOOD CAUSE exists to extend the deadlines in this action as described herein.

Dated: April 2?, 2010

McINERNEY & JONES

By /s/ Charles Jones
Charles Jones
Attorneys for Defendant
MELISSA S. CURRIE-WHITE

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21688361.2

2

STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING PRETRIAL PREPARATION ORDER DATES
(CASE NO. 3:09-CV-02593 MMC)

Dated: April 29, 2010

MORGAN, LEWIS & BOCKIUS LLP

By _____
Daryl Landy
Attorneys for Defendant
BLOCKBUSTER INC.

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the dates indicated in the Court's Order Extending Pretrial Preparation Order Dates will be extended as reflected below:

1. Deadline to Amend Pleadings     6/18/10

2. Class Certification Filing Deadline:     6/25/10

    A. Defendant's Opposition to Class Certification Motion:     8/24/10

    B. Plaintiff's Reply in Support of Class Certification Motion:     9/23/10

    C. Hearing on Class Certification Motion:     10/15/10

3. Non-Expert Discovery Cut-Off:     12/3/10

Dated: April 30, 2010

_____
MAXINE M. CHESNEY
United States District Court Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21688361.2     3     STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING PRETRIAL PREPARATION ORDER DATES
(CASE NO. 3:09-CV-02593 MMC)