1  KEVIN J. McINERNEY, State Bar No. 46941
   KELLY McINERNEY, State Bar No. 200017
2  CHARLES A. JONES, State Bar No. 224915
   McINERNEY & JONES
3  18124 Wedge Parkway #503, Reno, NV 89511
   Telephone: 775.849.3811 / Facsimile: 775.849.3866
4  Email: kevin@mcinerneylaw.net, kelly@mcinerneylaw.net, caj@mcinerneylaw.net

5  JAMES F. CLAPP, State Bar No. 145814
   MARITA MURPHY LAUINGER, State Bar No. 199242
   DOSTART CLAPP GORDAN & COVENEY, LLP
6  4370 La Jolla Village Drive, Suite 970, San Diego, CA 92122
   Telephone: 858.623.4200 / Facsimile: 858.623.4299
7  Email: clapp@sdlaw.com, mlauinger@sdlaw.com, zdostart@sdlaw.com

8  MATTHEW RIGHETTI, State Bar No. 121012
   RIGHETTI LAW FIRM, P.C.
9  456 Montgomery Street, Suite 1400, San Francisco, CA 94101
   Telephone: 415.983.0900 / Facsimile: 415.397.9005
10 Email: matt@righettilaw.com

11 Attorneys for Plaintiff MELISSA S. CURRIE-WHITE

   DARYL LANDY, State Bar No. 136288
12 LINDSEY K. SCHROEDER, State Bar No. 245425
   MORGAN, LEWIS & BOCKIUS LLP
13 2 Palo Alto Square
   3000 El Camino Real, Suite 700, Palo Alto, CA 94306-2122
14 Telephone: 650.843.4000 / Facsimile: 650.843.4001
   Email: dlandy@morganlewis.com, lschroeder@morganlewis.com,
15
   MICHELLE A. GRIFFITH-JONES, State Bar No. 259914
16 MORGAN, LEWIS & BOCKIUS LLP
   5 Park Plaza, Suite 1750, Irvine, CA 92614
   Telephone: 949.399.7000 / Facsimile: 949.399.7001
17 Email: mgriffithjones@morganlewis.com

18 Attorneys for Defendant BLOCKBUSTER INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELISSA S. CURRIE-WHITE,** individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **BLOCKBUSTER, INC.** and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. C-09-2593 MMC <br><br> **STIPULATION AND [PROPOSED] ORDER RE: DISCOVERY DISPUTE (DKT #59)** |

1   Pursuant to this Court's April 15, 2010 Order re: Discovery Dispute (DKT #59), Plaintiff Melissa Currie-White ("Plaintiff") and Defendant Blockbuster Inc. ("Defendant"), (collectively, the "Parties"), by and through their respective counsel, hereby submit the following stipulation and proposed order.

## STIPULATION

WHEREAS, the Parties have met and conferred regarding the ten (10) store locations from which Defendant will identify and produce the contact information for Customer Service Representatives.[1] The ten (10) store locations have been randomly selected by Plaintiff from the ~500 California stores owned and operated by Defendant during the liability period alleged. Plaintiff will provide the list of the ten (10) store locations to Defendant on April 29, 2010.

WHEREAS, the Parties have agreed that Defendant shall provide Plaintiff with the names, last known addresses, and last known telephone numbers for all persons employed by Defendant in the State of California as a Customer Service Representative at any time between April 24, 2008 and the present for the two (2) store locations where Plaintiff worked as well as an additional ten (10) store locations selected by Plaintiff, including identifying in which of these twelve (12) store locations these persons worked. Defendant shall provide this information to Plaintiff in electronic format on or before the fifteenth (15th) business day following the date Plaintiff provides the list of the ten (10) store locations to Defendant.

WHEREAS, the Parties have agreed that no changes are necessary to the protective order already in place in this matter.

NOW, THEREFORE the Parties, through their undersigned respective counsel, stipulate and request that the Court issue an order approving this proposed plan for production of the information described herein.

---

[1] While the April 15, 2010 Order re: Discovery Dispute orders production of contact information of the "putative class," the Parties stipulate to narrow the scope of the produced information to "Customer Service Representatives."

| | | |
|---|---|---|
| 1 | Dated: April 29 2010 | McINERNEY & JONES |
| 2 | | |
| 3 | | By _____ |
| 4 | | Charles A. Jones<br>Attorneys for Defendant<br>MELISSA S. CURRIE-WHITE |
| 5 | | |
| 6 | Dated: April 29 2010 | MORGAN, LEWIS & BOCKIUS LLP |
| 7 | | |
| 8 | | By _____<br>Daryl Landy<br>Attorneys for Defendant |
| 9 | | BLOCKBUSTER INC. |

## [PROPOSED] ORDER

PURSUANT TO THIS STIPULATION, IT IS SO ORDERED that Defendant shall provide Plaintiff, in electronic format, the following information to Plaintiff on or before the fifteenth (15th) business day following the date Plaintiff provides the list of the ten (10) store locations to Defendant:

the names, last known addresses, and last known telephone numbers for all persons employed by Defendant in the State of California as a Customer Service Representative at any time between April 24, 2008 and the present for the two (2) store locations where Plaintiff worked as well as an additional ten (10) store locations selected by Plaintiff, including identifying which of these twelve (12) store locations these persons worked.

Dated: May 3, 2010

_____
MARIA ELENA JAMES
United States Magistrate Judge