IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA S. CURRIE-WHITE,<br><br>                Plaintiff,<br><br>     v.<br><br>BLOCKBUSTER, INC.,<br><br>                Defendant.<br>_____/ | No. C 09-2593 MMC<br><br>**ORDER DENYING DEFENDANT BLOCKBUSTER, INC.'S MOTION TO STAY ACTION** |

    Before the Court is Defendant Blockbuster Inc.'s ("Blockbuster") Motion to Stay Action, filed August 6, 2010. The matter came on regularly for hearing on September 10, 2010. Charles A. Jones of McInerney & Jones appeared on behalf of plaintiff. Daryl S. Landy of Morgan, Lewis & Bockius LLP appeared on behalf of defendant. The Court having considered the papers filed in support of and in opposition to the motion, as well as the arguments of counsel, and for the reasons stated on the record at the hearing, the Motion to Stay is hereby DENIED. Said denial is without prejudice to Blockbuster's filing a new motion should there be a material change in the status of the cases currently on appeal before the California appellate courts.

**IT IS SO ORDERED.**

Dated: September 10, 2010

                                                   MAXINE M. CHESNEY
                                                 United States District Judge