IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA S. CURRIE-WHITE, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>   v.<br><br>BLOCKBUSTER, INC. and DOES 1-50, inclusive<br><br>       Defendant.<br>_____/ | No. C-09-2593 MMC<br><br>**ORDER CONDITIONALLY CLOSING CASE FOR STATISTICAL PURPOSES** |

   Defendant Blockbuster, Inc., having informed the Court that the claims alleged against it in the above-titled action have been automatically stayed pursuant to 11 U.S.C. § 362(a), by the initiation of bankruptcy proceedings by said defendant (see Notice, filed September 23, 2010), IT IS HEREBY ORDERED that the case is CLOSED for statistical purposes only.

   Nothing contained in this order shall be considered a dismissal or disposition of the action against the defendant, and should further proceedings become necessary herein, any party may initiate them in the same manner as if this order had not been entered.

   **IT IS SO ORDERED.**

Dated: September 27, 2010

MAXINE M. CHESNEY
United States District Judge